IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| CHRIS RECTOR and<br>MICHELLE RECTOR | | PLAINTIFFS |
| v. | Case No. 4:20-cv-1025-KGB | |
| MARTIN "SONNY" CLIFFORD,<br>individually and in his official capacity as<br>Van Buren County Sheriff's Deputy,<br>LUCAS EMBERTON, KIM MONGOLD,<br>CRYSTAL GARNER, VAN BUREN<br>COUNTY VETERINARY CLINIC, INC.,<br>and CITY OF HEBER SPRINGS | | DEFENDANTS |

### ORDER

Before the Court is plaintiffs Chris Rector and Michelle Rector's unopposed notice of nonsuit as to separate defendants Crystal Garner and Van Buren County Veterinary Clinic, Inc. ("Veterinary Clinic") (Dkt. No. 35).  Mr. Rector and Ms. Rector move to dismiss voluntarily and without prejudice their claims against Ms. Garner and Veterinary Clinic, with each party bearing their own fees and costs (*Id.*, ¶¶ 1-2).  No defendant has responded in opposition to the motion, and the time to do so has passed.  For good cause shown, the Court grants the motion and dismisses without prejudice Mr. Rector and Ms. Rector's claims against Ms. Garner and Veterinary Clinic. (Dkt. No. 35).  Because the Court dismisses Ms. Garner and Veterinary Clinic as parties in this case, the Court denies as moot Ms. Garner and Veterinary Clinic's motion to dismiss for failure to state a claim (Dkt. No. 30).

It is so ordered this 2nd day of September, 2022.

_____
Kristine G. Baker
United States District Judge